UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: *04-10273-JLT* |
| | ) | |
| TONY DIAZ, | ) | Count 1: 8 U.S.C. § 1326 |
| a/k/a Jose A. Rivera, Jr., | ) | Illegal Re-entry of Deported Alien |
| a/k/a Santo Romero Villar, | ) | |
| a/k/a Jose Rivera Morales, | ) | |
| a/k/a Jose Antoni Morales, | ) | |
| a/k/a Santo Rodolfo Romero Villar, | ) | |
| Defendant. | ) | |

## INDICTMENT

**COUNT ONE**: 8 U.S.C. § 1326 – Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about July 14, 2004, at Lawrence, Massachusetts, in the District of

Massachusetts,

### TONY DIAZ,

the defendant herein, being an alien and having been excluded, deported and removed from the

United States, was found in the United States without having received the express consent of the

United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of

the Department of Homeland Security since that date, to reapply for admission to the United

States.

All in violation of Title 8, United States Code, Sections 1326 (a)(1) and (b) (2) and Title

6, United States Code, Sections 202(3) and (4) and Section 557.

A TRUE BILL:

_KReynolds_
FOREMAN OF THE GRAND JURY

_PAUL R. MOORE_
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; September 8, 2004, at _____11:00 am_____ .

Returned into the District Court by the Grand Jurors and filed.

_Thomas F. Quinn_
DEPUTY CLERK    _12:55pm_

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:**     Category No. __II__      **Investigating Agency** __ICE__

**City** __Lawrence__     **Related Case Information:**

**County** __Essex__     Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____   New Defendant __x__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __TONY DIAZ__     Juvenile   ☐ Yes   ☒ No

Alias Name __Jose A. Rivera, Jr., Santo Romero Villar, Jose Rivera Morales, Jose Antoni Morales, Santo Rodolfo Romero Villar__

Address __Essex County Correctional Facility, Middletown, MA__

Birth date: __1965__   SS#: __0386__   Sex: __M__   Race: __Hispanic__   Nationality: __Dominican__

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Paul R. Moore__     **Bar Number if applicable** __632312__

**Interpreter:**   ☒ Yes   ☐ No     **List language and/or dialect:**   __Spanish__

**Matter to be SEALED:**   ☐ Yes   ☒ No

    ☒ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☒ **Already in State Custody** __detainee__    ☐ **Serving Sentence**   ☒ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**   September 8, 2004     **Signature of AUSA:** _P/ R M_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy** _____

**Name of Defendant**    TONY DIAZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1** 8 U.S.C. § 1326 | Illegal Re-entry of Deported Alien | 1 |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**      TONY DIAZ

js45 - Diaz - Illegal Reentry.wpd - 3/13/02