UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: The Warden of
    Essex County Correctional Facility
    P.O. Box 807
    Middleton, MA 01949

YOU ARE COMMANDED to have the body of **TONY DIAZ** (D.O.B.:**/**/65; SS#:***-**-0386) now in your custody, before the United States District Court for the District of Massachusetts,1 Courthouse Way, Courtroom No. **24**, on the **7th** floor, Boston, Massachusetts on **October 7, 2004, at 11:15 A.M.** for the purpose of an **initial appearance** on an indictment in the case of UNITED STATES OF AMERICA v. TONY DIAZ, et al. CR Number 04-10273 JLT.  And you are to retain the body of said **TONY DIAZ** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **TONY DIAZ** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 7th day of October, 2004.

                                    HONORABLE JOYCE LONDON ALEXANDER
                                    U.S. MAGISTRATE JUDGE

                                    By the Court:

_____                         /S/ Rex Brown_____
                                    Courtroom Clerk