UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-CR-10306-PBS

UNITED STATES OF AMERICA

V.

TONY DIAZ

**ORDER ON DETENTION**

October 7, 2004

ALEXANDER, M.J.

The defendant, Tony Diaz, appeared before this Court on October 7, 2004, for an initial appearance pursuant to an indictment charging him with violating 18 U.S.C. § 1326 (illegal re-entry of a deported alien). The defendant was represented by Attorney Frances L. Robinson and the government was represented by Assistant United States Attorney Nadine Pellegrini. The government moved for detention pursuant to 18 U.S.C. § 3142 (f)(2)(A). In that the defendant is currently in state custody, the detention hearing in this matter is postponed until a later time, if and when it becomes necessary, pursuant to United States v. King, 818 F.2d 112, 114 (1st Cir. 1987). A DETAINER SHALL ISSUE. SO ORDERED.

/S/ Joyce London Alexander
United States Magistrate Judge