UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                              Criminal No. 04-10273-JLT

TONY DIAZ

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Now comes counsel for the defendant in the above-entitled matter and, Pursuant to Rule 83.5.2 of the Local Rules of the District Court, moves That counsel be allowed to withdraw. As reason therefore, counsel states as follows:

1. Counsel was appointed to represent the defendant on October 7, 2004. On that date, counsel was serving as the Duty attorney as a member of the Criminal Justice Act Panel.

2. At the time of the initial appearance, counsel was not aware of details which have since come to her attention that indicate that she may have a conflict of interest if her representation of the defendant continues.

3. There is presently scheduled a conference date of November 16, 2004 in this matter.

4. Counsel will provide details ex parte, should the court require.

Wherefore, counsel respectfully requests that she be allowed to withdraw and that new counsel be appointed.

                        Respectfully submitted,

                        Frances L. Robinson
                        DAVIS ROBINSON & WHITE,LLP
                        One Faneuil Hall Marketplace, 3rd Floor
                        South Market Building
                        Boston, Massachusetts 02110
                        (617)723-7339
                        BBO#422910

## CERTIFICATE OF SERVICE

I, Frances L. Robinson hereby aver that a true copy of the foregoing Motion for Leave to Withdraw was served upon the attorney for the government and the defendant by mailing true copies to: Paul Moore, USA, United States Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210 and Tony Diaz, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, Massachusetts this October 29th, 2004.

                        _____
                        FRANCES L. ROBINSON, ESQ.