AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

UNITED STATES

V.

TONY DIAZ,

**APPEARANCE**

Case Number: CR04-10273 JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Oct. 7, 2004
Date

*Frances Robinson*
Signature

Frances L. Robinson
Print Name                                    Bar Number

ONE Faneuil Hall, 3d floor
Address

Boston                    MA
City                      State            Zip Code

617  723-7339
Phone Number                              Fax Number