# DAVIS, ROBINSON & WHITE, L.L.P.
## Attorneys at Law
One Faneuil Hall Marketplace, Third Floor
South Market Building
Boston, Massachusetts 02109
Telephone (617) 723-7339
Fax (617) 723-7731

Willie J. Davis
Frances L. Robinson
William M. White, Jr.

_____

Jason M. Ranallo

October 12, 2004

Rex Brown
Deputy Clerk to Magistrate
Joyce London Alexander
Suite 7410
John J. Moakley Courthouse
One Courthouse Way
Boston, Massachusetts 02210

      RE:  United States v. Tony Diaz
             Indictment No.
             Discovery Pursuant to Local Rules

Dear Mr. Brown:

Please be advised that the defendant, Tony Diaz, does not waive the automatic discovery material pursuant to Local Rule 116.1(B). Rather the defendant states that no waiver will be filed and requests that the Government provide automatic discovery in accordance with Local Rule 116.1(C).

Having made this election, the defendant understands that no discovery motions need be filed at this time.

Thank you.

Very truly yours,

*Frances L. Robinson*
Frances L. Robinson

FLR:C

Cc: AUSA Nadine Pelegrini

**RECEIVED**
Judge Alexander's Chambers
OCT 13 2004