UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-CR-10273-JLT

UNITED STATES OF AMERICA

V.

TONY DIAZ

**ORDER ON DETENTION**

ALEXANDER, M.J.

The defendant, Tony Diaz, appeared before this Court on November 18, 2004, for a detention hearing pursuant to an indictment charging him with violating 18 U.S.C. § 1326 (illegal re-entry of a deported alien). Assistant United States Attorney Christopher Bator appeared on behalf of the government and Attorney Michael Liston represented the defendant. The defendant was previously before this Court on October 7, 2004, pursuant to the same indictment, and the government moved for detention pursuant to 18 U.S.C. § 3142 (f)(2)(A) at that time. Because the defendant was then in state custody, the Court postponed the detention hearing "until a later time, if and when it becomes necessary, pursuant to United States v. King, 818 F.2d 112, 114 (1st Cir. 1987)."

The defendant is now in federal, rather than state, custody, and a detention hearing therefore became necessary. At the commencement of the hearing, the defendant consented to detention without prejudice, waiving his right to a full hearing.

Accordingly, the Court ORDERED the defendant, Tony Diaz, DETAINED pursuant to 18 U.S.C. § 3142 (e).

SO ORDERED.


| | |
|---|---|
| 11/23/04 | /S/ Joyce London Alexander |
| Date | United States Magistrate Judge |