UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10273 JLT

TONY DIAZ
       Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On December 8, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are features of the case that may deserve special attention or modification of the standard schedule;

3. There is no anticipated supplemental discovery;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government no later than forty-five (45) days before trial;

5. The applicable periods of excludable delay under the Speedy Trial Act include: October 7, through November 4, 2004 (28 days), for a total of twenty-eight (28) days as of December 8, 2004. The government and defense have moved orally to exclude the time period from November 4, 2004 through December 8, 2004 (33 days) and December 8, 2004, through January 13, 2005. The government will file a joint motion for the applicable periods of excludable delay. The total amount of time to proceed to trial is seventy (70) days as of December 8, 2004;

6. Trial is anticipated. If the case were to proceed to trial, the parties anticipate a two (2) day trial;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. Dispositive motions shall be due on or before December 30, 2004, with the government's motions due January 14, 2004.  A **Final Status Conference** is scheduled at **2:00 p.m.** on **January 13, 2005,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

                                    HONORABLE JOYCE LONDON ALEXANDER
                                    U.S. MAGISTRATE JUDGE

                                    By the Court:

December 8, 2004                   /S/ Rex Brown
Date                                  Courtroom Clerk
                                    (617) 748-9238