UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )        CRIMINAL NO. 04-10273-JLT<br>)<br>TONY DIAZ,                          )<br>    Defendant.                      ) | |

## JOINT MOTION FOR EXCLUDABLE TIME

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Paul R. Moore, and the defendant, TONY DIAZ, by and through his counsel, Michael J. Liston, Esq., jointly move pursuant to § 3161(h)(8)(A) that the period from November 16, 2004, the date on which the original Initial Status Conference in this matter was scheduled, up to and including January 13, 2005, the date on which a Final Status Conference is scheduled to be held, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reasons therefore, the parties represent that this brief continuance is necessary so that the parties can continue to examine the evidence in this matter and explore possible resolution of the matter without going to trial. Therefore, it is in the interests of justice that the current motion be allowed.

WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from November 16, 2004, through January 13, 2005.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

By: /s/ Paul R. Moore
                      Paul R. Moore
                      Assistant U.S. Attorney


                      TONY DIAZ
                      Defendant

By: /s/ Michael J. Liston (by PRM w/ permission)
                      Michael J. Liston, Esq.
                      Counsel for Tony Diaz

DATE: December 8, 2004