UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10273 JLT

TONY DIAZ
        Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On January 13, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motion;

3. There is no supplemental discovery anticipated;

4. (a) Total amount of time ordered excluded under the Speedy Trial Act: October 7, 2004, until November 4, 2004 (28 days) and November 16, 2004, until January 13, 2005 (59 days), for a total of one hundred and eighty-seven (87) days as of January 13, 2005.
   (b) The total amount of time to proceed to trial is fifty-eight (58) days as of January 13, 2005;
   (c) There are no pending or anticipated motions that may cause additional excludable time under the Speedy Trial Act;

5. (a) The defendant does not intend to raise a defense of insanity.
   (b) The defendant does not intend to raise a defense of public authority.

6. The Government has not requested notice of alibi by the defendant.

7. (a) There is a pending motion to suppress or dismiss requiring a ruling by the District Court before trial;
   (b) A briefing schedule is not required;

8.  There is no need for a schedule concerning any matter other than trial or a possible Rule 11 Hearing;

9.  Resolution of case without trial is very likely;

10.  Trial is not necessary. If trial were to become necessary, the estimated duration of trial would be three (3) days;

11.  There are no other matters.

    IT IS HEREBY ORDERED THAT

Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Courtroom Clerk

<u>January 28, 2005</u>
Date