UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| | * | Criminal No. 04-10273-JLT |
| TONY DIAZ | * | |

ORDER

February 22, 2005

TAURO, J.

After the Pretrial Conference held on February 22, 2005, this court hereby orders that:

1. Trial will commence on February 28, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge