UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) CRIMINAL NO. <br> ) 04-10273 − JLT |
| TONY DIAZ | ) <br> ) |

**DEFENDANT'S MOTION TO CONTINUE TRIAL DATE AND SET CONFERENCE DATE**

The defendant Tony Diaz, through his attorney and without opposition from the government, moves that trial in this proceeding, now scheduled to commence on Monday, February 28, 2005, be continued for at least thirty days. In this connection, the defendant agrees that the time between the currently scheduled trial date and any new date set pursuant to this motion should be excluded from computation under the Speedy Trial Act in the interest of justice.

The defendant further moves that the court schedule a conference on this matter for February 28, 2004, to consider the administration of this case in light of a second indictment against the defendant, Cr. No.: 04-10274, pending before Judge Saris. The two indictments were entered on the same date and the indictment in the numerically second case, the one before Judge Saris, includes a count for possession of a firearm by an illegal alien in violation of 18 U.S.C. § 922(g)(A)(5). Trial in the case before Judge Saris has been set to commence on July 25, 2005.

By his attorney,

s/ Michael J. Liston

_____
Michael J. Liston BBO#301760
2 Park Plaza, Suite 610
Boston, MA  02116
(617) 426-2281

Dated:   February 22, 2005