AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

v.

**TONY DIAZ**
a/k/a Jose A. Rivera, Jr.,
a/k/a Santo Romero Villar,
a/k/a Jose Rivera Morales,
a/k/a Jose Antoni Morales,
a/k/a Santo Rodolfo Romero Villar

SSN: 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
DOB: April 9, 1965

## WARRANT FOR ARREST

CASE NUMBER: 04-10273-JLT

2004 SEP -8 P 1:53

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**TONY DIAZ**_____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offenses)

**Illegal Re-entry of a Deported Alien**

in violation of Title __8__ United States Code, Section(s) __1326__ .

Sheila Diskes
Name of Issuing Officer

Operations Supervisor
Title of Issuing Officer

_[signature]_ Sheila Diskes
Signature of Issuing Officer

9-8-04   Boston, Ma
Date and Location

Bail fixed at $ _____   by _____
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

WARRANT EXECUTED BY INS
ARRAIGNMENT OF THE
AND ON 12/7/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |