UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. |
| | ) 04-10273− JLT |
| TONY DIAZ | ) |
| | ) |

**DEFENDANT'S MOTION TO CONTINUE DATE FOR TRIAL UNTIL AFTER COMPLETION OF TRIAL ON SEPARATE CHARGES BEFORE JUDGE SARIS**

    The defendant Tony Diaz, through his attorney moves that trial in this proceeding be continued until after the completion of his trial in Criminal Action No. 04-10274-PBS. Trial in that action is scheduled to commence on July 25, 2005. In this connection, the defendant agrees that, in the interest of justice, any intervening time should be excluded from computation under the Speedy Trial Act.

    By his attorney,

s/ Michael J. Liston

_____
Michael J. Liston BBO#301760
2 Park Plaza, Suite 610
Boston, MA  02116
(617) 426-2281

Dated:   July 8, 2005

1