UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        *
                                 *
                                 *
    v.                           *        Criminal No. 04-10273-JLT
                                 *
                                 *
TONY DIAZ,                       *
                                 *
                                 *
                                 *
            Defendant.           *

ORDER

April 5, 2006

TAURO, J.

    After a Conference held on April 5, 2006, this court hereby orders that:

    1.    A trial or, in the alternative, a plea hearing, will commence on May 30, 2006;

    2.    Defendant will report to Zita Lovett on or before April 24, 2006, as to whether the

    abovementioned date is for a plea hearing or trial.

    IT IS SO ORDERED.


                                        /s/ Joseph L. Tauro
                                      United States District Judge