# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
|  | ) |
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| **v.** | ) **CRIMINAL NO.** |
|  | ) **04-10273− JLT** |
| **TONY DIAZ** | ) |
| _____ | ) |

## DEFENDANT'S MOTION TO CONTINUE DATE FOR TRIAL OR ALTERNATIVE PLEA HEARING UNTIL AFTER HE IS SENTENCED FOR HIS CONVICTION ON OTHER CHARGES

On April 5, 2006 there was a status conference in this case. At that time counsel advised the court that the defendant Tony Diaz ("Diaz") had been convicted after trial before Judge Saris as an alien in possession of a firearm. United States v. Diaz, Criminal Action No. 04-10274-PBS. Diaz was scheduled to be sentenced on April 13, 2006 and the guideline sentencing range calculated in his presentence report was in excess of fifteen years imprisonment. Counsel also advised the court that, though he anticipated that Diaz would enter a guilty plea in this case, Diaz had requested that his decision await completion of his sentencing before Judge Saris.

As a result, and anticipating that Diaz would be sentenced by Judge Saris on April 13, 2006, on April 5, 2006, the court entered an Order (1) that a trial or alternative plea hearing commence on May 30, 2006; and (2) that counsel report to the court's clerk on or before April 24, 2006, whether Diaz would plea or go to trial on May 30, 2006.

Although Diaz's sentencing hearing before Judge Saris commenced on April 13, 2006, it became an evidentiary hearing and was not completed.

1

The sentencing hearing is now scheduled to continue, and to be completed, on May 30, 2006.

As a result, the defendant now moves that his trial or alternative plea hearing date be continued to on or after June 12, 2006 and that the report date as to trial or plea be continued to June 12, 2006.  In this connection, the defendant agrees that, in the interest of justice, the additional time should be excluded from computation under the Speedy Trial Act.

By his attorney,

s/ Michael J. Liston

_____
Michael J. Liston BBO#301760
2 Park Plaza, Suite 610
Boston, MA  02116
(617) 426-2281

Dated:   April 19, 2006

## CERTIFICATE OF SERVICE

I, Michael J. Liston, do hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date, April 19, 2006.

s/  Michael J. Liston

_____
Michael J.  Liston