UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10273-JLT |
| | ) | |
| | ) | |
| TONY DIAZ, | ) | |
| a/k/a Jose A. Rivera, Jr., | ) | |
| a/k/a Santo Romero Villar, | ) | |
| a/ka/ Jose Rivera Morales, | ) | |
| a/k/a Jose Antoni Morales, | ) | |
| a/k/a Santo Rodolfo Romero Villar, | ) | |
| Defendant. | ) | |

## GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, respectfully requests that the Court ask prospective trial jurors in the above-captioned case the following questions:

1. Do any among you have any conscientious objections or mental reservations against the present immigration laws which would impair your judgment, so as to prevent you from rendering a fair and impartial verdict?

2. Do any of you have misgivings regarding the federal law that makes it illegal for an alien to reenter this country without permission after that alien has previously been deported, and if so, do you think that it would prevent you from rendering a fair and impartial verdict?

3. This case was investigated by the Bureau of Immigration and Customs Enforcement ("ICE") and by the predecessor agency to ICE, the Immigration and Naturalization

Service ("INS").  Is there anything about your attitude towards ICE or INS which would prevent you from rendering a fair and impartial verdict?

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Paul R. Moore
       Paul R. Moore
       Assistant U.S. Attorney
       (617) 748-3654

June 1, 2006.

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney for defendant TONY DIAZ, Michael J. Liston, Esq., on June 1, 2006, via electronic filing.

                                          /s/ Paul R. Moore  
                                          Paul R. Moore  
                                          Assistant U.S. Attorney

June 1, 2006.