UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10273-JLT |
| | ) | |
| | ) | |
| TONY DIAZ, | ) | |
| a/k/a Jose A. Rivera, Jr., | ) | |
| a/k/a Santo Romero Villar, | ) | |
| a/ka/ Jose Rivera Morales, | ) | |
| a/k/a Jose Antoni Morales, | ) | |
| a/k/a Santo Rodolfo Romero Villar, | ) | |
| Defendant. | ) | |

GOVERNMENT'S WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief:

1. Special Agent Matthew McCarthy
   Immigration and Customs Enforcement
   United States Department of Homeland Security
   JFK Building - Room 1725
   Government Center
   Boston, Massachusetts 02203

2. Officer Joann Sassone
   Records and Information Services
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement
   JFK Building - Room E160
   Government Center
   Boston, Massachusetts 02203

3. Special Agent William Sansone
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement
   JFK Building - Room 1725
   Government Center
   Boston, Massachusetts 02203

4.  Fingerprint Analysis Expert Allison M. Larson
    Latent Print Unit
    Federal Bureau of Investigation
    Quantico, Virginia 22135

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                                   By:    /s/ Paul R. Moore
                                                Paul R. Moore
June 1, 2006                                Assistant U.S. Attorney

CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney for defendant TONY DIAZ, Michael J. Liston, Esq., on June 1, 2006, via electronic filing.

                                               /s/ Paul R. Moore
                                             Paul R. Moore
                                             Assistant U.S. Attorney

June 1, 2006.