UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10273-JLT |
| | ) | |
| | ) | |
| TONY DIAZ, | ) | |
| a/k/a Jose A. Rivera, Jr., | ) | |
| a/k/a Santo Romero Villar, | ) | |
| a/k/a Jose Rivera Morales, | ) | |
| a/k/a Jose Antoni Morales, | ) | |
| a/k/a Santo Rodolfo Romero Villar, | ) | |
| Defendant | ) | |

**GOVERNMENT'S REVISED PROPOSED EXHIBIT LIST**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this revised Proposed Exhibit List[1] in the above-captioned matter.  The Government reserves the right to supplement, modify or withdraw from this list.

1. "Warrant of Deportation" (March 6, 1992) (2 pages)

2. "Warrant of Removal / Deportation" (April 7, 1997) (2 pages)

3. "Warning to Alien Ordered Removed or Deported" (April 10, 1997) (2 pages)

4. Fingerprints taken at police booking in Lawrence, MA (July 14, 2004)

4(a). Enlargement of Gov. Exh. No. 4

5. Fingerprints taken by INS in Boston, MA (February 13, 1992)

6. FBI Laboratory findings comparing prints taken on July 14, 2004, by the Lawrence Police Department with prints contained in the Alien File (September

---

[1] Unless otherwise noted, all items are from Alien Registration File A90 567 004.

   9, 2005; see "Results of Examination" on page 2)

7. Immigration Detainer – Notice of Action (July 14, 2004) (1 page)

8. Dominican Passport issued to "Santo Rodolfo Romero Villar" (4 pages)

9. "Record of Deportable Alien" (Santo Rodolfo Romero Villar) (June 12, 1990) (1 page)

10. Dominican Travel Document issued by the Consulate-General of the Dominican Republic re: "Santo Romero") (June 2001) (1 page)

11. Affidavit of George Dorsett (re: "Santo Rodolfo Romero Villar") (dated June 20, 1990) (1 page)

12. INS "Medical Examination of Aliens Seeking Adjustment of Status" (Santo R. Romero) (November 2, 1988) (1 page)

13. Massachusetts Driver's License issued to "Jose A. Rivera" (no. ▮▮▮▮) (duplicate)

14. Social Security Card issued to "Jose Rivera" (no. ▮▮▮▮) (duplicate)

15. Department of Homeland Security "Certificate of Nonexistence of Record" (2 pages)

16. Application to INS for Temporary Worker Status (Form I-700) ("Santo R. Romero") (2 pages)

17. Print set submitted in support of Application to INS for Status Adjustment ("Santo R. Romero") (2 pages)

17(a). Enlargement of Gov. Exh. No. 17

18. Comparison Chart bearing enlargement of Gov. Exh. No. 4 with corresponding print from Gov. Exh. No. 7

19. Temporary Resident Card issued to "Santo R. Romero," DOB: 04/07/1965, dated December 4, 1989

20. Record of Deportable / Excludable Alien ("Santo Rodolfo Romero Villar") (October 16, 1996)

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: | /s/ Paul R. Moore<br>Paul R. Moore |
| June 8, 2006 | Assistant U.S. Attorney |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant TONY DIAZ, Michael J. Liston, Esq., on June 8, 2006, via electronic filing.

/s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney

June 8, 2006.