UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TONY DIAZ** | )<br>)<br>)<br>)   **CRIMINAL NO.**<br>)   **04-10273– JLT**<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO EXTEND THE PERIOD WITHIN WHICH HE MAY RESPOND TO THE INITIAL PRESENTENCE REPORT AND TO CONTINUE DATE FOR SENTENCING

The defendant Tony Diaz ("Diaz") is currently scheduled to be sentenced in connection with this proceeding at 10:00 a.m. on September 11, 2006. On or about August 8, 2006, counsel for Diaz received the initial Presentence Report from the Probation Office with directions to file written objections by August 22, 2006. On August 20, 2006, counsel for Diaz went to the Plymouth County Correctional Facility for the purpose of reviewing the Presentence Report with Diaz. Counsel was advised that Diaz was no longer at that facility.

On Monday August 21, 2006 counsel determined that Diaz had been airlifted from Plymouth on August 2, 2006 and that he is currently located at the federal transfer facility in Oklahoma City. Apparently the Bureau of Prisons has designated Diaz's place of confinement as the result of his conviction before Judge Saris in Criminal Action No. 04-10274-PBS and Diaz is on his way to that facility notwithstanding his pending sentencing in this proceeding.

As a result, Diaz's counsel has not had the opportunity of reviewing with Diaz the Presentence Report that was prepared on or about August 8,

1

2006. Accordingly Diaz moves that the time within which he may file objections or comments to the initial Presentence Report be extended and his sentencing date be continued to a date after Diaz is returned to this District.

By his attorney,

s/ Michael J. Liston

_____
Michael J. Liston BBO#301760
2 Park Plaza, Suite 610
Boston, MA  02116
(617) 426-2281

Dated:   August 21, 2006

## CERTIFICATE OF SERVICE

    I, Michael J. Liston, do hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date, August 21, 2006.

s/  Michael J. Liston

_____
Michael J.  Liston

2