*copy*

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

TO THE MARSHALL FOR THE DISTRICT OF MASSACHUSETTS, or any of the deputies, and to: THE SUPERINTENDENT , AT THE BUREAU OF PRISONS, IN OKLAHOMA.

YOU ARE COMMANDED to have the body of TONY DIAZ, now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Courtroom Number 20 Boston, Massachusetts on WEDNESDAY, SEPT. 6, 2006 at 9:00 A.M. for purposes of Sentencing in the matter of UNITED STATES OF AMERICA VS TONY DIAZ, CR 04-10273-JLT and are to retain the body of said TONY DIAZ, before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said TONY DIAZ, to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And you have then and there this Writ with your doings herein.

SARAH THORNTON, CLERK

By: _____
Zita Lovett, Deputy Clerk

DATED AT BOSTON, THIS 22ND
DAY OF AUGUST, 2006.