UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
UNITED STATES OF AMERICA               )
                                       )
         v.                            )  CRIMINAL NO.
                                       )  04-10273− JLT
TONY DIAZ                              )
_____  )

### DEFENDANT'S NOTICE OF APPEAL

The defendant Tony Diaz hereby gives notice of his appeal of the judgment, dated November 20, 2006, and, specifically, the sentence imposed therein, in the above captioned criminal proceeding to the United States Court of Appeals for the First Circuit.

TONY DIAZ

By his attorney,

s/ Michael J. Liston

_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA 02116
(617) 426-2281

November 27, 2006

### CERTIFICATE OF SERVICE

I, Michael J. Liston, do hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date, November 27, 2006.

s/ Michael J. Liston
_____
Michael J. Liston

1