UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
                                )
**UNITED STATES OF AMERICA**    )
                                )
        v.                      ) **CRIMINAL NO.**
                                ) **04-10273− JLT**
**TONY DIAZ**                   )
_____  )

### DEFENDANT'S MOTION, PURSUANT TO 18 U.S.C. § 3006A(e), FOR SENTENCING HEARING TRANSCRIPT

Pursuant to 18 U.S.C. § 3006A(e), the defendant, through his court appointed attorney, requests that he be provided, at government expense, with a transcript of his sentencing hearing conducted on November 13, 2006.

The defendant has filed a Notice of Appeal specifically directed at his sentence. The transcript of the sentencing hearing is necessary in connection with the appeal.

By his attorney,

s/ Michael J. Liston

_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA 02116
November 28, 2006                (617) 426-2281

### CERTIFICATE OF SERVICE

I, Michael J. Liston, do hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date, November 28, 2006.

s/ Michael J. Liston
_____
Michael J. Liston

1