UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | ) **CRIMINAL NO.** <br> ) **04-10273− JLT** |
| **TONY DIAZ** | ) <br> ) |

**DEFENDANT'S MOTION, PURSUANT TO 18 U.S.C. § 3006A(e),
FOR RULE 11 HEARING TRANSCRIPT**

On November 28, 2006, the defendant moved, pursuant to 18 U.S.C. § 3006A(e), for a transcript of his November 13, 2006 sentencing hearing at government expense. The defendant neglected to include in that motion provision, at government expense, of a transcript of his June 12, 2006 Rule 11 hearing. The defendant, through his court appointed attorney now so moves.

The defendant is pursuing an appeal of his sentence. The defendant was sentenced to a term of imprisonment in excess of 2 years under the provisions of 8 U.S.C. §1326(b)(2) on a judicial finding that his previous deportation was subsequent to a conviction for the commission of an aggravated felony. The defendant never admitted such a prior conviction and a jury, in connection with a related case − Criminal Action No. 04-10274 − had expressly acquitted him of being a "felon in possession." A transcript of the defendant's Rule 11 hearing is necessary to establish that the defendant never admitted any prior conviction.

The defendant, therefore, moves pursuant to 18 U.S.C. § 3006A(e) that he be provided with a transcript of his June 12, 2006 Rule 11 hearing  in

addition to a transcript of his November 13, 2006 sentencing hearing.

By his attorney,

s/ Michael J. Liston

_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA 02116
November 29, 2006      (617) 426-2281

## CERTIFICATE OF SERVICE

I, Michael J. Liston, do hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date, November 29, 2006.

s/ Michael J. Liston

_____
Michael J. Liston

2