APPEAL, INTERP

## United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10273-JLT-ALL

Case title: USA v. Diaz

Date Filed: 09/08/2004

Assigned to: Judge Joseph L. Tauro

### Defendant

**Tony Diaz** (1)
*TERMINATED: 11/20/2006*
*also known as*
Jose A. Rivera, Jr (1)
*TERMINATED: 11/20/2006*
*also known as*
Santo Romero Villar (1)
*TERMINATED: 11/20/2006*
*also known as*
Jose Rivera Morales (1)
*TERMINATED: 11/20/2006*
*also known as*
Jose Antoni Morales (1)
*TERMINATED: 11/20/2006*
*also known as*
Santo Rodolfo Romero Villar (1)
*TERMINATED: 11/20/2006*

represented by **Frances L. Robinson**
Davis, Robinson & White, LLP
One Faneuil Hall Marketplace, 3rd Floor
South Market Building
Boston, MA 02109-1649
617-723-7339
Fax: 617-723-7731
Email: DRWLLP@aol.com
*TERMINATED: 11/02/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Michael J. Liston**
2 Park Plaza
Suite 610
Boston, MA 02116
617-426-2281
Fax: 617-426-2448
Email: m.liston@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

8:1326.F ILLEGAL REENTRY OF
DEPORTED ALIENS
(1)

### Disposition

The defendant is committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 77 months, Concurrent with Federal Sentence now serving in CR 04-10274 PBS. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. The

standard conditions of supervision shall apply. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. A special assessment fee of $100.00 is to be paid.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA                                    represented by    **Paul R. Moore**
                                                         United States Attorney's Office
                                                         John Joseph Moakley Federal Courthouse
                                                         1 Courthouse Way
                                                         Suite 9200
                                                         Boston, MA 02210
                                                         617-748-3700
                                                         Fax: 617-748-3951
                                                         Email: paul.moore@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2004 | 1 | INDICTMENT as to Tony Diaz (1) count(s) 1. (Diskes, Sheila) (Entered: 09/09/2004) |
| 09/08/2004 | 2 | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: PRETRIAL as to Tony Diaz (Diskes, Sheila) (Entered: 09/09/2004) |

| | | |
|---|---|---|
| 09/08/2004 | | Arrest Warrant Issued as to Tony Diaz. (Diskes, Sheila) (Entered: 09/09/2004) |
| 10/04/2004 | 3 | Writ of Habeas Corpus ad Prosequendum Issued as to Tony Diaz for 10/7/04 at 11:15 AM. (Brown, Rex) (Entered: 10/04/2004) |
| 10/04/2004 | | Set/Reset Hearings as to Tony Diaz : Arraignment set for 10/7/2004 11:15 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. Initial Appearance set for 10/7/2004 11:15 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 10/04/2004) |
| 10/07/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :The defendant requests counsel and the federal defender is appointed. Arraignment as to Tony Diaz (1) Count 1 held on 10/7/2004. The court states the charges and the government states the maximum penalty. The defendant pleads not gulty. Detention Hearing as to Tony Diaz held on 10/7/2004. In that the defendant is currently serving a state sentence, the Court will enter an order of detention pursuant "U.s. v. King" and a detention order will be held if and when one becomes necessary. Initial Appearance as to Tony Diaz held on 10/7/2004. Initial Status Conference set for 11/16/2004 02:45 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 10/13/2004) |
| 10/07/2004 | 4 | Judge Joyce London Alexander : ORDER entered ORDER OF DETENTION as to Tony Diaz (Brown, Rex) (Entered: 10/13/2004) |
| 10/07/2004 | 6 | NOTICE OF ATTORNEY APPEARANCE: Frances L. Robinson appearing for Tony Diaz (Brown, Rex) Additional attachment(s) added on 1/4/2005 (Brown, Rex). (Entered: 11/29/2004) |
| 10/07/2004 | 7 | Judge Joyce London Alexander : ORDER entered CJA 20 as to Tony Diaz : Appointment of Attorney Frances L. Robinson for Tony Diaz. (Brown, Rex) Additional attachment(s) added on 1/4/2005 (Brown, Rex). (Entered: 11/29/2004) |
| 10/07/2004 | | electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Plea entered by Tony Diaz Not Guilty on counts 1. (Catino2, Theresa) (Entered: 12/29/2004) |
| 10/12/2004 | 9 | NOTICE OF AUTOMATIC DISCLOSURE NOTICE by Tony Diaz (Brown, Rex) Additional attachment(s) added on 1/4/2005 (Brown, Rex). (Entered: 11/29/2004) |
| 11/02/2004 | 5 | MOTION to Withdraw as Attorney by Frances L. Robinson. as to Tony Diaz . (Motion Received in Chambers 11/2/04) (Brown, Rex) (Entered: 11/16/2004) |
| 11/02/2004 | | Attorney update in case as to Tony Diaz. Attorney Frances L. Robinson terminated. (Brown, Rex) (Entered: 01/30/2005) |

| | | |
|---|---|---|
| 11/15/2004 | 8 | Judge Joyce London Alexander : ORDER entered CJA 20 as to Tony Diaz : Appointment of Attorney Michael J. Liston for Tony Diaz. (Brown, Rex) Additional attachment(s) added on 1/4/2005 (Brown, Rex). (Entered: 11/29/2004) |
| 11/15/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Status Conference as to Tony Diaz held on 11/15/2004. Upon motion of newly appointed cosunsel, Michael Liston, the Court continues the matter for initial Status Conference. Initial Status Conference set for 12/8/2004 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #N/A.) (Brown, Rex) (Entered: 11/29/2004) |
| 11/18/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Detention Hearing as to Tony Diaz held on 11/18/2004. Counsel appeared with the defendant in that the defendant was released from state custody. The Court inquires of the defendant. The defendandant waives his detention hearing and consents to voluntary detention. The Court ALLOWS the motion and orders the defendant DETAINED pursuant to 18 U.S.C. 3142(e). Order to issue. (Tape #N/A.) (Brown, Rex) (Entered: 11/29/2004) |
| 11/23/2004 | 10 | Judge Joyce London Alexander : ORDER entered ORDER OF DETENTION as to Tony Diaz (Brown, Rex) (Entered: 11/29/2004) |
| 11/29/2004 | | Judge Joyce London Alexander : Electronic ORDER entered granting 5 Motion to Withdraw as Attorney. as to Tony Diaz (1). Attorney Michael Liston will represent the defendant. (Brown, Rex) (Entered: 11/29/2004) |
| 12/08/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander :Status Conference as to Tony Diaz held on 12/8/2004. Order to issue. Motions due by 12/30/2004. Status Report due by 1/10/2005. Final status Conference set for 1/13/05 at 2:00 PM before Magistrate Judge Joyce London Alexander in Courtrom 24.(Tape #Digital Recording.) (Brown, Rex) (Entered: 12/08/2004) |
| 12/08/2004 | | Set/Reset Hearings as to Tony Diaz : Initial Status Conference set for 1/13/2005 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 12/08/2004) |
| 12/08/2004 | 11 | Judge Joyce London Alexander : ORDER entered REPORT AND ORDER on Initial Status Conference as to Tony Diaz. dISPOSITIVE Motions due by 12/30/2004. fINAL Status Report due by 1/10/2005. fINAL Status Conference set for 1/13/2005 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 12/08/2004) |
| 12/08/2004 | 12 | Joint MOTION for Excludable Delay from November 16, 2004 to January 13, 2005 as to Tony Diaz by USA, Tony Diaz. (Abaid, Kim) (Entered: 12/09/2004) |
| 01/05/2005 | | Judge Joyce London Alexander : ElectronicORDER entered granting 12 Motion to Exclude as to Tony Diaz (1) (Brown, Rex) (Entered: 01/07/2005) |

| | | |
|---|---|---|
| 01/05/2005 | 13 | Judge Joyce London Alexander : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Tony Diaz Time excluded from 11/16/04 until 1/13/05. (Brown, Rex) (Entered: 01/07/2005) |
| 01/13/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :FINAL Status Conference as to Tony Diaz held on 1/13/2005. Order to issue. Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge. (Tape #Digital Recording.) (Brown, Rex) (Entered: 01/30/2005) |
| 01/28/2005 | 14 | Judge Joyce London Alexander : ORDER entered. REPORT AND ORDER on Final Status Conference as to Tony Diaz. Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge. (Brown, Rex) (Entered: 01/30/2005) |
| 01/28/2005 | | Judge update in case as to Tony Diaz. Judge Joyce London Alexander no longer assigned to case. (Brown, Rex) (Entered: 03/08/2005) |
| 02/08/2005 | | NOTICE by the COURT for pre-trial conference on February 22, 2005 at 10:30 a.m. (Lovett, Zita) (Entered: 02/08/2005) |
| 02/22/2005 | 15 | Judge Joseph L. Tauro : ORDER entered. SCHEDULING ORDER as to Tony Diaz Trial will commence on February 28, 2005 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 02/22/2005) |
| 02/22/2005 | 16 | MOTION to Continue to Reschedule Trial Date as to Tony Diaz. (Liston, Michael) (Entered: 02/22/2005) |
| 02/22/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 16 Motion to Continue as to Tony Diaz (1) (Abaid, Kim) (Entered: 07/12/2005) |
| 06/03/2005 | 17 | Arrest Warrant Returned Executed on October 7, 2004 as to Tony Diaz. (Abaid, Kim) (Entered: 06/07/2005) |
| 06/14/2005 | | NOTICE by the COURT: A status conference will be held on July 6, 2005 at 10:30 am in re: Tony Diaz (Lovett, Zita) (Entered: 06/14/2005) |
| 07/08/2005 | 18 | MOTION to Continue *Trial Date* to Until After Completion of Trail in 04cr10274 as to Tony Diaz. (Liston, Michael) (Entered: 07/08/2005) |
| 07/25/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 18 Motion to Continue as to Tony Diaz (1) (Abaid, Kim) (Entered: 07/26/2005) |
| 03/24/2006 | | electronicNOTICE OF HEARING as to Tony Diaz Status Conference set for 4/5/2006 11:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 03/24/2006) |
| 04/05/2006 | 19 | Judge Joseph L. Tauro : ORDER entered. A trial or, in the alternative, a plea hearing, will commence on May 30, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. Defendant will report to Zita Lovett on or before April 24, 2006, as to whether the abovementioned date is for a plea hearing or trial. (Abaid, Kim) (Entered: 04/05/2006) |

| | | |
|---|---|---|
| 04/19/2006 | 20 | MOTION to Continue to After June 12, 2006 to For Trial or Plea Hearing as to Tony Diaz. (Liston, Michael) (Entered: 04/19/2006) |
| 05/02/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 20 Motion to Continue as to Tony Diaz (1) Jury Trial set for 6/12/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 05/09/2006) |
| 05/02/2006 | 21 | Judge Joseph L. Tauro : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Tony Diaz Time excluded from May 30, 2006 until June 12, 2006. (Abaid, Kim) (Entered: 05/15/2006) |
| 06/01/2006 | 22 | TRIAL BRIEF - Summary of Expert Testimony - by USA as to Tony Diaz (Moore, Paul) Additional attachment(s) added on 6/2/2006 (Abaid, Kim). Modified on 6/2/2006 (Abaid, Kim). (Entered: 06/01/2006) |
| 06/01/2006 | 23 | Proposed Voir Dire by USA as to Tony Diaz (Moore, Paul) (Entered: 06/01/2006) |
| 06/01/2006 | 24 | WITNESS LIST by USA as to Tony Diaz (Moore, Paul) Modified on 6/2/2006 (Abaid, Kim). (Entered: 06/01/2006) |
| 06/01/2006 | 25 | Proposed Jury Instructions by USA as to Tony Diaz (Moore, Paul) (Entered: 06/01/2006) |
| 06/02/2006 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 22 corrected because: Replaced document with Corrected Version per Attorney Request as to Tony Diaz. (Abaid, Kim) (Entered: 06/02/2006) |
| 06/07/2006 | 26 | MOTION in Limine as to Tony Diaz by USA. (Attachments: # 1)(Moore, Paul) (Entered: 06/07/2006) |
| 06/08/2006 | 27 | REVISED PROPOSED EXHIBIT LIST by USA as to Tony Diaz (Moore, Paul) Modified on 6/12/2006 (Abaid, Kim). (Entered: 06/08/2006) |
| 06/09/2006 | 28 | WITNESS LIST by USA as to Tony Diaz (Moore, Paul) Modified on 6/12/2006 (Abaid, Kim). (Entered: 06/09/2006) |
| 06/09/2006 | 29 | SECOND REVISED PROPOSED EXHIBIT by USA as to Tony Diaz (Moore, Paul) Modified on 6/09/2006 (Abaid, Kim). (Entered: 06/09/2006) |
| 06/12/2006 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Change of Plea Hearing as to Tony Diaz held on 6/12/2006, Attorney Liston for the Defendant, Attorney Moore for the Government. Plea entered by Tony Diaz (1) Guilty Count 1. Sentencing to be held September 11, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Court Reporter Carol L. Scott.) (Abaid, Kim) (Entered: 06/19/2006) |
| 06/12/2006 | | Set/Reset Hearings as to Tony Diaz: Sentencing set for 9/11/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 06/19/2006) |

| 08/21/2006 | 30 | MOTION for Extension of Time to Respond to the Presentence Report *(and to Continue Sentencing Date)* as to Tony Diaz. (Liston, Michael) Modified on 8/23/2006 (Abaid, Kim). (Entered: 08/21/2006) |
|---|---|---|
| 08/22/2006 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 30 Motion for Extension of Time as to Tony Diaz (1). (Lovett, Zita) (Entered: 08/22/2006) |
| 08/22/2006 | 31 | Writ of Habeas Corpus ad Prosequendum Issued as to Tony Diaz for September 6, 2006 .(Abaid, Kim) (Entered: 08/23/2006) |
| 10/26/2006 |  | ELECTRONIC NOTICE OF HEARING as to Tony Diaz Sentencing set for 11/13/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 10/26/2006) |
| 11/13/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Sentencing held on 11/13/2006 for Tony Diaz (1), Count(s) 1, The defendant is committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 77 months - Concurrent with Federal Sentence now serving in CR-04-10274 PBS. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. The standard conditions of supervision shall apply. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. A special assessment fee of $100.00 is to be paid. (Court Reporter Carol L. Scott.) (Abaid, Kim) (Entered: 11/27/2006) |
| 11/20/2006 | 32 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT as to Tony Diaz (1), Count(s) 1, The defendant is committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 77 months, Concurrent with Federal Sentence now serving in CR 04-10274 PBS. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. The standard conditions of supervision shall apply. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. A special assessment fee of $100.00 is to be paid. (Abaid, Kim) (Entered: 11/27/2006) |
| 11/27/2006 | 33 | NOTICE OF APPEAL by Tony Diaz NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/18/2006. (Liston, Michael) (Entered: 11/27/2006) |