**MAND**

USDCMA
JudgeTauro
04-10273

# United States Court of Appeals
## For the First Circuit

No. 06-2695

UNITED STATES,

Appellee,

v.

TONY DIAZ,

Defendant, Appellant.

Before

Torruella, Lynch and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered:  August 2, 2007

Appellant claims that the district court erred by enhancing his sentence based on prior convictions that were not charged in the indictment, proven to a jury, or explicitly admitted by him. This argument is foreclosed by <u>Almendarez-Torres</u> v. <u>United States</u>, 523 U.S. 224 (1998), by which this court remains bound.  <u>United States</u> v. <u>Ivery</u>, 427 F.3d 69, 75 (1st Cir. 2005), <u>cert. denied</u>, 126 S. Ct. 1448 (2006).  <u>Almendarez-Torres</u> also requires that we reject appellant's issue preclusion argument.  The verdict by a jury in a prior case, finding appellant not guilty of being a felon in possession of a firearm, did not preclude the sentencing court from finding that he was a convicted felon by a preponderance of the evidence.  <u>Cf.</u> <u>Dowling</u> v. <u>United States</u>, 493 U.S. 342, 349-50 (1990)(difference in burden of proof in two proceedings may preclude application of doctrine of collateral estoppel).

The goverment's motion for summary disposition is <u>granted</u>.

The judgment is <u>affirmed</u>.   1st Cir. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 8/24/07

MARGARET CARTER

By: _____
Chief Deputy Clerk.

[cc: Michael Liston, Esq., Paul Moore, AUSA, Dina Michael Chaitowitz, AUSA]